In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00399-CR**
_____

**SHAWN GOLLIHUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-06-09471**

## MEMORANDUM OPINION

Shawn Gollihugh filed a notice of appeal that identified three trial cause numbers. Upon receiving the notice of appeal, this Court issued a notice that questioned our jurisdiction in Trial Cause Number 23-06-09471, and we also warned Gollihugh that the appeal in that matter would be dismissed unless he showed grounds for continuing the appeal. We did not receive a timely response to our notice.

1

According to the record on appeal, the trial court did not convict and sentence Shawn Gollihugh in Trial Cause Number 23-06-09471 because the trial court dismissed Trial Cause Number 23-06-09471 on the State's motion. Accordingly, we dismiss the appeal in Trial Cause Number 23-06-09471. *See* Tex. R. App. P. 43.2(f).[1]

APPEAL DISMISSED.

PER CURIAM

Submitted on November 25, 2025
Opinion Delivered November 26, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

---

[1] Gollihugh was convicted in Trial Cause Numbers 23-06-09469 and 23-06-09470. Those appeals have been docketed as Appeal Numbers 09-25-00371-CR and 09-25-00372-CR and remain pending.